PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

THE MATTER OF THE SEARCH OF
heidiphong@gmail.com and
tchpteam@gmail.com

CASE NO. 2:17-SW-0632 CKD

[PROPOSED] ORDER COMMANDING GOOGLE, INC NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANT

**UNDER SEAL**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding GOOGLE, INC, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the WARRANT) of the existence of the attached WARRANT until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached WARRANT will seriously jeopardize the investigation or unduly delay a trial, including by giving the subjects the opportunity to destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that GOOGLE, INC shall not disclose the existence of the attached WARRANT or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that GOOGLE,

1 INC may disclose the attached WARRANT to an attorney for GOOGLE, INC for the purpose of
2 receiving legal advice.
3          IT IS FURTHER ORDERED that the application and this Order are sealed until
4 otherwise ordered by the Court.

7 Dated: 7/19/2017

_____
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE