**FILED**

JUL 19 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

1  PHILLIP A. TALBERT
   United States Attorney
2  ROGER YANG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

SEALED

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE APPLICATION
   | OF THE UNITED STATES OF AMERICA
   | INFORMATION ASSOCIATED WITH THE
12 | ACCOUNTS RELATED TO:
   | heidiphong@gmail.com and
13 | tchpteam@gmail.com

CASE NO. 2:17-SW-0632   CKD

[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS

**UNDER SEAL**

14

15

16                    **SEALING ORDER**

17        Upon application of the United States of America and good cause having been shown,

18        IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the

19 search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to

20 any person, unless otherwise ordered by this Court.

21

22 Dated: 7/19/2017                    _____
                                       Hon. Carolyn K. Delaney
23                                     U.S. MAGISTRATE JUDGE

24

25

26

27

28

SEALING ORDER                          1